**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Oakland Automation, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1084782** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**13017 Newburgh Road**<br>**Livonia, MI 48150**<br>Number, Street, City, State & ZIP Code<br><br>**Wayne**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Oakland Automation, LLC**                                    Case number *(if known)* _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5413_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Oakland Automation, LLC**                                        Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Autotac, LLC** | Relationship | |
| District | **Delaware** | When | Case number, if known |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,000-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Oakland Automation, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16.  Estimated liabilities**

| | |
|---|---|
| ☐ $0 - $50,000 | |
| ☐  $50,001 - $100,000 | |
| ☐ $100,001 - $500,000 | |
| ☐ $500,001 - $1 million | |

| | |
|---|---|
| ■ $1,000,001 - $10 million | |
| ☐ $10,000,001 - $50  million | |
| ☐ $50,000,001 - $100 million | |
| ☐ $100,000,001 - $500 million | |

| | |
|---|---|
| ☐ $500,000,001 - $1 billion | |
| ☐ $1,000,000,001 - $10 billion | |
| ☐ $10,000,000,001 - $50 billion | |
| ☐ More than $50 billion | |

| Debtor | **Oakland Automation, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  6, 2023**
              MM / DD / YYYY

**X** **/s/ Greg Harvey**                                   **Greg Harvey**
Signature of authorized representative of debtor            Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jeffrey R. Waxman**                             Date   **July  6, 2023**
Signature of attorney for debtor                                   MM / DD / YYYY

**Jeffrey R. Waxman**
Printed name

**Morris James LLP**
Firm name

**500 Delaware Avenue**
**Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-888-6800**      Email address   **jwaxman@morrisjames.com**

**4159 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Global Notes, Statement of Limitations, Methodology and Disclaimers and Specific Disclosures Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  6, 2023**          X **/s/ Greg Harvey**
                                             Signature of individual signing on behalf of debtor

                                          **Greg Harvey**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re   **Oakland Automation, LLC**                                           Case No. _____

                                                    Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept .............................................. $              **45,000.00**

      Prior to the filing of this statement I have received .................................. $              **45,000.00**

      Balance Due ............................................................................................. $                   **0.00**

2.  The source of the compensation paid to me was:

      ☐ Debtor       ■ Other (specify):   **Oakland Industries, LLC**

3.  The source of compensation to be paid to me is:

      ■ Debtor       ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  6, 2023**                                    **/s/ Jeffrey R. Waxman**
_Date_                                                **Jeffrey R. Waxman**
                                                      _Signature of Attorney_
                                                      **Morris James LLP**
                                                      **500 Delaware Avenue**
                                                      **Suite 1500**
                                                      **Wilmington, DE 19801**
                                                      **302-888-6800  Fax: 302-571-1750**
                                                      **jwaxman@morrisjames.com**
                                                      _Name of law firm_

**Fill in this information to identify the case:**

Debtor name    **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................................    $      **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......................................................................................    $      **418,344.47**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.........................................................................................    $      **418,344.47**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **1,829,777.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **6,676,469.32**

4.  **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b          $      **8,506,246.32**

**Fill in this information to identify the case:**

Debtor name    **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 30,000.00 | - | 15,000.00 | = .... | $15,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 369,093.47 | - | 0.00 | = .... | $369,093.47 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | Total of Part 3. | | $384,093.47 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

Debtor    **Oakland Automation, LLC**_____    Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Miscellaneous electrical parts** | | **$1,500.00** | **N/A** | **$1,500.00** |
| | **Kuka KR250 R2700 robot with KR C4 controller** | | **$15,000.00** | **N/A** | **$15,000.00** |
| | **Demo cell for robotic fluid application. This demo unit is currently in the  possession of Williams International, a previous customer of Oakland Automation** | | **$2,500.00** | **N/A** | **$2,500.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| **$19,000.00** |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Oakland Automation, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software IT equipment. Includes monitors, computers, (1) server + rack + accessories** | $6,250.00 | N/A | $6,250.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $6,250.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2012 Dodge Ram 2500 4x4 pickup, VIN 3C6LD5AT2CG311041, 151k miles** | $5,000.00 | N/A | $5,000.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) 2019 Atlas Copco air compressor, ZT-18, serial #AP1795344, 96.9 CFM** | $2,500.00 | N/A | $2,500.00 |

Debtor    **Oakland Automation, LLC**                               Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **2018 Atlas Copco air dryer, CD 45+ -70, 115V, serial #AP1248358** | $1,000.00 | N/A | $1,000.00 |
| **2019 Silvan Tank, air tank, 660 gallon, max 150 psi** | $500.00 | N/A | $500.00 |

51.  **Total of Part 8.**                                                          | $9,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property Electronic files including project documents, engineering drawings, bills of material, cost estimates, customer lists, etc.** | $1.00 | N/A | $1.00 |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                          | $1.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor   **Oakland Automation, LLC**_____   Case number *(If known)* _____
Name

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Oakland Automation, LLC**                              Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $384,093.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $418,344.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $418,344.47 |

**Fill in this information to identify the case:**

Debtor name     **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    Northstar Bank**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Substantially all of the Debtor's assets** | **$1,829,777.00** | **$418,344.47** |
| **2800 S State St. #110 Ann**<br>**Ann Arbor, MI 48104**<br>Creditor's mailing address | | | |
| | **Describe the lien**<br>**Asset Lien**<br>**Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**7/3/2023**<br>**Last 4 digits of account number** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$1,829,777.00**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name __Oakland Automation, LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** | **Nonpriority creditor's name and mailing address**
**123 NET**
**24700 Northwester Hwy.**
**Suite 700**
**Southfield, MI 48075**
Date(s) debt was incurred __12/31/2022, 1/31/2023, 3/1/2023, 4/1/2023, 5/1/2023, 5/1/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Vendor__
Is the claim subject to offset? ■ No ☐ Yes

**$3,666.78**

**3.2** | **Nonpriority creditor's name and mailing address**
**A PLUS VENDING**
**23214 Beverly Rd**
**Taylor, MI 48180**
Date(s) debt was incurred __4/12/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Vendor__
Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

**3.3** | **Nonpriority creditor's name and mailing address**
**A.V.M.T. LLC**
**2217 Edwin St.**
**Hamtramck,, MI 48212**
Date(s) debt was incurred __12/29/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Vendor__
Is the claim subject to offset? ■ No ☐ Yes

**$765.00**

**3.4** | **Nonpriority creditor's name and mailing address**
**A2L Systems Automation**
**Rua: Vicente Ferrer**
**521 Vl. Nsa. Da Candelaria**
**Indaiatuba/SP - Brazil**
Date(s) debt was incurred __2/15/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Vendor__
Is the claim subject to offset? ■ No ☐ Yes

**$2,925.60**

Debtor   **Oakland Automation, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Airgas USA, LLC**<br>**30441 Plymouth Rd**<br>**Livonia, MI 48150**<br><br>**Date(s) debt was incurred** 1/31/2023, 2/28/2023, 3/31/2023<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$80.54** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**AirTech Controls Company**<br>**30571 Beck Rd**<br>**Wixom, MI 48393**<br><br>**Date(s) debt was incurred** 1/9/2023, 1/11/2023<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,187.71** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Alro Steel**<br>**34401 Schoolcraft**<br>**Livonia, MI 48150**<br><br>**Date(s) debt was incurred** 11/9/2022, 11/9/2022, 11/14/2022, 11/15/2022, 11/17/2022, 11/18/2022, 11/21/2022<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,259.04** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Alro Steel Jackson**<br>**3100 E. Hight St.**<br>**Jackson, MI 49203**<br><br>**Date(s) debt was incurred** 11/7/2022, 11/7/2022, 11/9/2022, 11/9/2022, 11/10/2022, 11/14/2022, 11/14/2022,<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,912.50** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Alterman, Inc., a Texas Corp**<br>**14703 Jones Maltsberger**<br>**San Antonio, TX 78247**<br><br>**Date(s) debt was incurred** 7/11/2022, 8/29/2022, 3/9/2023<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$90,823.09** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**American Venture Industrial CO.**<br>**131 Dewey Drive**<br>**Nicholasville, KY 40356**<br><br>**Date(s) debt was incurred** 11/16/2022, 12/13/2022, 1/10/2023<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110,490.24** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**AMJ Staffing Inc**<br>**33200 Schoolcraft Road**<br>**Ste. 108**<br>**Livonia, MI 48150**<br><br>**Date(s) debt was incurred** 12/2/2022, 12/7/2022, 12/13/2022, 12/19/2022, 12/26/2022, 1/4/2023, 1/12/2023, 1<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,261.20** |

Debtor   **Oakland Automation, LLC**                          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$157,128.70** |

**Amteck**
**1387 E. New Circle**
**Suite 150**
**Lexington, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2022, 12/31/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$260,000.00** |

**AP Electric, Inc.**
**4820 Poplar Pl Dr UNIT 100**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2022, 8/30/2022,**
**9/20/2022, 10/18/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,986.00** |

**ASE Industries**
**23850 Pinewood**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$9,854.82** |

**Automation Direct.com INC**
**PO BOX 402417**
**Atlanta, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022, 12/7/2022,**
**12/14/2022, 12/20/2022, 1/16/2023, 1/17/2023,**
**2/2/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$8,831.13** |

**Automation Guarding Systems**
**6624 Burroughs Avenue**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/6/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$19,382.69** |

**Bay Tool Inc.**
**110 Woodside Ave.**
**PO Box 78**
**Essexville, MI 48732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/2022, 10/14/2022,**
**10/26/2022, 12/19/2022, 1/4/2023, 2/3/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$17,367.18** |

**Beyond Components**
**5 Carl Thompson Road**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2022, 12/21/2022,**
**12/21/2022, 12/22/2022, 12/27/2022,**
**12/27/2022, 1/2/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Oakland Automation, LLC**

Case number (if known) _____

Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,163.45** |
|---|---|---|---|

**Brady Corporation**
6555 W. Good Hope Rd
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2022, 12/20/2022

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,663.57** |
|---|---|---|---|

**Brinkmann Pumps, Inc.**
47060 Cartier Drive
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/11/2022

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,508.00** |
|---|---|---|---|

**Carbon Tool & Manufacturing, Inc**
12735 Inkster Rd.
Livonia, MI 48150-2216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2022, 2/9/2023

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,204.62** |
|---|---|---|---|

**City Electric Supply Company**
37107 Schoolcraft
Livonia, MI 48150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2022, 11/30/2022,
12/7/2022, 12/8/2022, 12/13/2022, 12/22/2022,
12/25/2022

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,483.40** |
|---|---|---|---|

**Complex Machining and Fabrication, Inc.**
PO Box 758
Georgetown, KY 40324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2022

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.40** |
|---|---|---|---|

**CT Corporation**
PO BOX 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/7/2023

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.14** |
|---|---|---|---|

**CULLIGAN OF ANN ARBOR/DETROIT**
PO BOX 2932
Wichita, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2023, 2/28/2023,
3/31/2023

**Last 4 digits of account number** __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Oakland Automation, LLC**                                        Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182,248.49 |
|---|---|---|---|

**D&D Machinery Movers**
**PO BOX 12168**
**Lexington, KY 40581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2022, 11/29/2022,**
**11/29/2022, 1/3/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,625.00 |
|---|---|---|---|

**D&S Express**
**PO BOX 51**
**Wakefield, RI 02880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2022, 10/17/2022,**
**10/28/2022, 10/31/2022, 10/31/2022,**
**11/11/2022, 11/24/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,779.17 |
|---|---|---|---|

**Digi-Key Electronics**
**701 Brooks Ave South**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2023, 2/17/2023,**
**3/9/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,294.00 |
|---|---|---|---|

**DPR Manufacturing & Services, Inc.**
**23675 Mound Rd**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2023, 2/10/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.44 |
|---|---|---|---|

**E&E Special Products**
**PO Box 808**
**Warren, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,133.81 |
|---|---|---|---|

**Electrical Systems, Inc.**
**535 Brannon Rd.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2022, 1/31/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,536.53 |
|---|---|---|---|

**Electro-Matic Ventures**
**PO Box 7410635**
**Chicago, IL 60674-0635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2022, 12/13/2022,**
**12/16/2022, 1/3/2023, 1/9/2023, 1/9/2023,**
**1/10/2023, 1/10**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oakland Automation, LLC**                                   Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address**<br>**Evansville Sheet Metal Works**<br>**1901 West Maryland St**<br>**Evansville, IN 47712**<br><br>Date(s) debt was incurred  **4/27/2023**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,262.08** |
| **3.34** | **Nonpriority creditor's name and mailing address**<br>**Exotic Automation & Supply**<br>**53500 Grand River Ave**<br>**New Hudson, MI 48165**<br><br>Date(s) debt was incurred  **11/7/2022, 11/11/2022,**<br>**11/17/2022, 12/6/2022, 12/29/2022, 1/6/2023,**<br>**2/17/2023, 2**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,478.91** |
| **3.35** | **Nonpriority creditor's name and mailing address**<br>**Fanuc America Corporation**<br>**Department 77-7986**<br>**Chicago, IL 60678**<br><br>Date(s) debt was incurred  **7/31/2022, 7/31/2022,**<br>**8/26/2022, 10/3/2022, 10/31/2022, 11/15/2022,**<br>**12/8/2022, 1**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$78,959.95** |
| **3.36** | **Nonpriority creditor's name and mailing address**<br>**Fastenal**<br>**50160 Pontiac Trail #3**<br>**Wixom, MI 48393**<br><br>Date(s) debt was incurred  **12/22/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$44.07** |
| **3.37** | **Nonpriority creditor's name and mailing address**<br>**FED EX FREIGHT**<br>**PO BOX 223124**<br>**PITTSBURGH, PA 15251-2125**<br><br>Date(s) debt was incurred  **12/16/2022, 3/28/2023,**<br>**5/2/2023**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$952.23** |
| **3.38** | **Nonpriority creditor's name and mailing address**<br>**Fire Systems of Michigan**<br>**2710 Northridge Dr NW, Suite F**<br>**Grand Rapids, MI 49544**<br><br>Date(s) debt was incurred  **1/20/2023**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$342.04** |
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Flodrualic Group, Inc.**<br>**375 Manufacturers Drive**<br>**Westland, MI 48186-4038**<br><br>Date(s) debt was incurred  **1/12/2023, 2/21/2023,**<br>**3/15/2023**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,323.45** |

Debtor **Oakland Automation, LLC**
_____ Case number (if known) _____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,514.87 |
|---|---|---|---|

**Flotronics**
**2704 Paldan Dr.**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/3/2022, 11/3/2022,
11/4/2022, 11/11/2022, 11/11/2022,
11/11/2022, 11/15/2022,

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Fluid Transfer Systems Inc**
**22545 Heslip Dr.**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/28/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,705.89 |
|---|---|---|---|

**FPZ Inc**
**150 N Progress Drive**
**Saukville, WI 53080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/12/2022, 11/28/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,242.15 |
|---|---|---|---|

**Frank Services**
**PO Box 974**
**Tecate, CA 91980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/8/2023, 3/15/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.49 |
|---|---|---|---|

**Galco Industrial Electronics**
**L-4061**
**Columbus, OH 43260-4061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  1/4/2023, 1/6/2023, 4/17/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,418.39 |
|---|---|---|---|

**Galloup**
**PO BOX 671121**
**Detroit, MI 48267-1121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/2023, 2/6/2023,
4/30/2023, 5/31/2023, 5/31/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.57 |
|---|---|---|---|

**Geisler Co.**
**30295 SCHOOLCRAFT ROAD**
**Linonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2022, 2/14/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oakland Automation, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Gentle Machine Tool and Die**
13600 Martinsville Rd
Belleville, MI 48111

Date(s) debt was incurred  12/9/2022, 12/22/2022, 1/23/2023, 1/23/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,895.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Giffin Industries, S. DE C. V.**
LIBRAMIENTO SUR 241
Mexico
cumbres de san luis, SAN LUIS POTOSI, SL

Date(s) debt was incurred  12/12/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,447.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**GlobalTranz Enterprises, Inc**
PO BOX 203285
Dallas, TX 75320

Date(s) debt was incurred  3/14/2022, 12/14/2022, 2/9/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$493.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**GR Metrology**
4215 Stafford Ave SW
Grand Rapids, MI 49548

Date(s) debt was incurred  2/21/2023, 2/24/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,014.09**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Grainger**
Dept 886473660
Palatine, IL 60038-0001

Date(s) debt was incurred  2/13/2023, 2/14/2023, 2/14/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$675.53**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**GREAT LAKES AUTOMATION SUPPLY**
PO BOX 671121
Detroit, MI 48267-1121

Date(s) debt was incurred  12/20/2022, 1/6/2023, 1/6/2023, 1/6/2023, 1/9/2023, 1/9/2023, 1/12/2023, 1/12/20

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,383.34**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**HEDSON TECHNOLOGIES NORTH AMERICA**
466 Speers Rd. 3rd Floor.
Canada
Oakville,, ON L6K 3W9

Date(s) debt was incurred  11/29/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,363.00**

---

Debtor    **Oakland Automation, LLC**
_____     Case number (if known) _____
          Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.00 |
|------|---|---|---|

**Heraeus Noblelight America LLC**
**1520 Broadmoor Blvd. Suite C**
**Buford, GA 30518**

Date(s) debt was incurred  **2/23/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504.23 |
|------|---|---|---|

**Herc Rentals**
**P.O. Box 936257**
**Suite 100**
**Atlanta, GA 31193**

Date(s) debt was incurred  **5/17/2022, 1/1/2023,**
**1/5/2023, 1/6/2023, 3/1/2023, 4/1/2023,**
**5/1/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169,735.99 |
|------|---|---|---|

**HH Barnum**
**7915 Locklin Drive**
**Brighton, MI 48116**

Date(s) debt was incurred  **8/22/2022, 9/2/2022,**
**10/11/2022, 10/21/2022, 10/25/2022,**
**10/26/2022, 10/26/2022,**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|------|---|---|---|

**Hilltop Machine Shop,LLC.**
**4958 East 1200 South**
**Haubstadt, IN 47639**

Date(s) debt was incurred  **11/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,655.20 |
|------|---|---|---|

**HM White**
**12855 Burt Rd**
**Detroit, MI 48223**

Date(s) debt was incurred  **3/3/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.33 |
|------|---|---|---|

**Hydra-Flex**
**P.O. Box 77000**
**Dept. 771491**
**Detroit, MI 48277-1491**

Date(s) debt was incurred  **11/23/2022, 1/19/2023,**
**1/30/2023, 3/3/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,700.00 |
|------|---|---|---|

**IEC North America**
**144 National Park Dr**
**Fowlerville, MI 48836**

Date(s) debt was incurred  **3/25/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Oakland Automation, LLC**                                              Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** |

**3.61**  **Nonpriority creditor's name and mailing address**

**IFM Efector**
**1100 Atwater Drive**
**Malvern, PA 19355**

Date(s) debt was incurred  7/11/2022, 11/16/2022,
11/16/2022, 11/18/2022, 11/18/2022,
11/28/2022, 11/29/202

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$5,234.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**

**Industrial Fabricating Systems, Inc.**
**4965 Technical Dr.**
**Milford, MI 48381**

Date(s) debt was incurred  2/7/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**

**Intact Engineering Services**
**3613 Sunset Ridge Ct.**
**Floyd Knobs, IN 47119**

Date(s) debt was incurred  11/14/2022, 12/6/2022,
1/11/2023, 2/8/2023, 3/6/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$168,991.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**

**Integrated Talent Strategies**
**7060 Spring Meadows Drive West Suite D**
**Holland, OH 43528**

Date(s) debt was incurred  10/26/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$24,960.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**

**International Engineering & Techologies**
**32031 Howard Avenue**
**Madison Heights, MI 48071**

Date(s) debt was incurred  11/21/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$4,375.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**

**ISMG Machinery & Tooling**
**16835 Algonquin St #420**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  12/7/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$2,607.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67**  **Nonpriority creditor's name and mailing address**

**Itacen Intangibles**
**HIERBABUENA #32**
**INT. APPLE 610 COL**
**Mexico**
**EL ROMERILLAL, QUERETARO 76118-0000**

Date(s) debt was incurred  10/25/2022, 2/9/2023

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$12,492.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oakland Automation, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |
|---|---|---|---|

**JK Industries, LLC**
26020 Sherwood Ave.
Warren, MI, MI 48091

Date(s) debt was incurred  12/12/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,076.24 |
|---|---|---|---|

**JMP Solutions**
4026 Meadowbrook Drive
Unit 143
Canada
London, ON N6L 1C9

Date(s) debt was incurred  9/22/2022, 10/3/2022, 12/15/2022, 2/16/2023, 2/16/2023, 2/16/2023, 2/16/2023, 2/

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,097.25 |
|---|---|---|---|

**JTEKT Toyoda Americas. Group**
316 W University Dr
Arlington Heights, IL 60004

Date(s) debt was incurred  12/13/2022, 1/2/2023, 1/13/2023, 1/16/2023, 1/19/2023, 1/25/2023, 1/30/2023, 1/3

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,208.75 |
|---|---|---|---|

**Kawasaki Robotics Inc.**
Dept. 771009
P.O. Box 77000
Detroit, MI 48277-1009

Date(s) debt was incurred  12/7/2022, 12/16/2022, 1/10/2023, 1/25/2023, 2/22/2023, 2/23/2023, 3/14/2023, 3/

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,271.50 |
|---|---|---|---|

**Keyence Corporation of America**
Dept CH 17128
palatine, IL 60055-7128

Date(s) debt was incurred  1/4/2023, 1/5/2023, 1/31/2023, 2/15/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,322.66 |
|---|---|---|---|

**Klassen Custom Fab. Inc.**
5140 Ure St
Canada
Oldcastle, ON NOR 1L0

Date(s) debt was incurred  2/9/2023, 3/7/2023, 3/9/2023, 5/2/2023, 5/2/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Oakland Automation, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,202,179.90** |
|---|---|---|---|

Kohto Kogyo SA DE CV
RFC: KKO980717S17
Av De Los Mayas No. 2135 No. Int 1, La L
Mexico
Tijuana Baja California, Mexico 22517-00

Date(s) debt was incurred  12/31/2022, 2/7/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,307.50** |
|---|---|---|---|

KUKA Robotics Corporation
6600 Center Drive
Sterling Heights, MI 48312-2666

Date(s) debt was incurred  12/14/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,536.00** |
|---|---|---|---|

Kyntronics
6565 Davis Industrial Pkwy,
Solon, OH 44139

Date(s) debt was incurred  3/15/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,564.59** |
|---|---|---|---|

Lee Machinery Movers
675 Cesar E Chavez Ave
Pontiac, MI 48340

Date(s) debt was incurred  12/1/2022, 5/5/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,781.50** |
|---|---|---|---|

LEWCO, Inc.
706 Lane Street
Sandusky, OH 44870

Date(s) debt was incurred  8/8/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,254.57** |
|---|---|---|---|

LIQUID AUTOMATION, INC
5160 STATE RD
GOODRICH, MI 48438

Date(s) debt was incurred  11/30/2022, 12/7/2022,
12/14/2022, 12/21/2022, 1/4/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,653.08** |
|---|---|---|---|

Macomb Group, INC
32567 Schoolcraft RD
Livonia, MI 48150

Date(s) debt was incurred  12/9/2022, 12/9/2022,
12/12/2022, 12/12/2022, 12/12/2022,
12/12/2022, 12/12/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oakland Automation, LLC**
Name

Case number (if known)

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.93** |
|---|---|---|---|

**Madison Electric - WHQ**
**17930 East 14 Mile Rd.**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2023, 1/30/2023,
2/28/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,421.21** |
|---|---|---|---|

**Marshall E. Campbell Company**
**2975 Lapeer Road**
**Port Huron, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/18/2022, 12/13/2022,
12/28/2022, 1/3/2023, 1/4/2023, 1/4/2023,
1/6/2023, 1/9/

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,308.92** |
|---|---|---|---|

**McMaster-Carr**
**PO BOX 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/29/2022, 12/7/2022,
12/9/2022, 12/19/2022, 12/21/2022,
12/21/2022, 12/27/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,632.74** |
|---|---|---|---|

**McNaughton-McKay**
**Dept # 14801**
**PO BOX 67000**
**Detroit, MI 48267-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2021, 6/28/2021,
11/16/2022, 12/7/2022, 12/20/2022,
12/21/2022, 12/22/2022,

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,982.90** |
|---|---|---|---|

**Mechatronics Group S.A. de C.V.**
**Carretera Silao-Romita km 3.2**
**Lucero de Ramales**
**MGR 020815 6R0**
**Silao,, Guanajuato, Mexico CP 36283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/2022, 11/1/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.68** |
|---|---|---|---|

**Metro Bolt & Fastener Corporation**
**19339 Glenmore St**
**Redford Charter Twp, MI 48240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/29/2022, 11/17/2022,
12/16/2022, 1/17/2023, 1/27/2023, 1/27/2023,
1/30/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oakland Automation, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Midwest Industrial Rubber, Inc.**<br>**PO Box 772866**<br>**Detroit, MI 48277-2866**<br><br>Date(s) debt was incurred  **8/16/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,572.60** |

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Midwest Roofing-Sheet Metal**<br>**1208 N Harlan Ave**<br>**Evansville, IN 47711**<br><br>Date(s) debt was incurred  **8/31/2022, 11/30/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54,765.00** |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Millenium Mold & Tool**<br>**35225 Automation Dr**<br>**Clinton TWP, MI 48035**<br><br>Date(s) debt was incurred  **12/8/2022, 12/29/2022,**<br>**1/12/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,960.00** |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Mills Robotic Services, LLC**<br>**670 Reed Rd**<br>**Springboro, OH 45066**<br><br>Date(s) debt was incurred  **2/10/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,470.00** |

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Motion Industries**<br>**PO BOX 98412**<br>**CHICAGO, IL 60693-8412**<br><br>Date(s) debt was incurred  **11/23/2022, 11/25/2022,**<br>**11/29/2022, 12/1/2022, 12/9/2022, 12/16/2022,**<br>**12/19/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,808.99** |

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Motor City Industrial - Dept 85**<br>**PO BOX 4985**<br>**Houston, TX 77210-4985**<br><br>Date(s) debt was incurred  **6/23/2022, 9/28/2022,**<br>**9/30/2022, 9/30/2022, 10/3/2022, 10/6/2022,**<br>**10/14/2022, 10**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,952.77** |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**New Horizons**<br>**New Horizons CLC**<br>**PO BOX 654156**<br>**Dallas, TX 75265-4156**<br><br>Date(s) debt was incurred  **9/27/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,008.00** |

Debtor  **Oakland Automation, LLC**
      Name

Case number (*if known*) _____

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,583.31** |
|------|------|------|------|

**Newark Element**
**300 S Riverside Plaza**
**Suite 2200**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2023, 2/16/2023, 4/3/2023

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,687.24** |
|------|------|------|------|

**Nordson Corporation**
**PO Box 802586**
**Chicago, IL 60680-2586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/2023

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,453.28** |
|------|------|------|------|

**Parton & Preble, Inc.**
**23507 Groesbeck Hwy**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/9/2022

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.94** |
|------|------|------|------|

**Plymouth Rubber & Transmission**
**9271 General Drive**
**PO BOX 6086**
**Plymouth, MI 57180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/11/2023

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,673.34** |
|------|------|------|------|

**Premier Business Products**
**L-3592**
**Columbus, OH 43260-3592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2023

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,125.00** |
|------|------|------|------|

**Preston Eastin**
**9490 North Ridgeway Street**
**Tulsa, OK 74131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/16/2022

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,772.85** |
|------|------|------|------|

**PYME DE MEXICO S.A. DE C.V.**
**CALLE NORTE MANZANA XVII**
**LOTE 124-B PARQUE INDUSTRIAL**
**Tepeji del Rio de Ocampo, Hgo 00000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2023, 2/20/2023, 2/20/2023

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oakland Automation, LLC**
_____    Case number (if known) _____
          Name

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.24** |
|---|---|---|---|

**Quench USA, Inc.**
**P.O. Box 735777**
**Dallas, TX 75373-5777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2023, 4/1/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,370.88** |
|---|---|---|---|

**RADWELL INTERNATIONAL**
**PO BOX 419343**
**BOSTON, MA 02241-9343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/2022, 11/17/2022, 1/9/2023, 2/13/2023, 2/14/2023, 2/16/2023, 2/22/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$377.50** |
|---|---|---|---|

**RICHCOAT LLC**
**40573 BRENTWOOD DRIVE**
**STERLING HEIGHTS, MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$293,588.00** |
|---|---|---|---|

**Romeo Technologies**
**101 McLean**
**Bruce Township, MI 48065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/11/2022, 11/11/2022, 11/25/2022, 11/29/2022, 11/29/2022, 12/5/2022, 12/5/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,141.09** |
|---|---|---|---|

**RS Americas, Inc**
**Dallas Lockbox - PO Box 841811**
**Dallas, TX 75284-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/3/2022, 9/3/2022, 10/23/2022, 11/21/2022, 11/22/2022, 1/6/2023, 1/6/2023, 1/6/

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,900.00** |
|---|---|---|---|

**S K I Design, Inc**
**8300 Hall Rd**
**Suite 102**
**Utica, MI 48317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/6/2022, 12/16/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,711.26** |
|---|---|---|---|

**SAFEPORT AUDITS**
**6310 Sevilla Way**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2022, 12/22/2022, 1/5/2023, 1/22/2023, 2/1/2023, 2/17/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Oakland Automation, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**SAFETY RESOURCES & MECHANICAL CONSULTING**
**1015 FELSTEAD RD.**
**EVANSVILLE, IN 47712**

Date(s) debt was incurred  **10/25/2022, 2/10/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,249.00**

---

3.109    **Nonpriority creditor's name and mailing address**
**Saginaw Controls & Engineering**
**Attn: Accounts Receivable**
**11122 Sunshine Drive**
**Saginaw, MI 48609**

Date(s) debt was incurred  **12/27/2022, 12/27/2022, 1/9/2023, 1/9/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,663.86**

---

3.110    **Nonpriority creditor's name and mailing address**
**Sames Kremlin Inc.**
**45001 5 Mile Road**
**Plymouth, MI 48170**

Date(s) debt was incurred  **9/22/2022, 11/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$66,370.86**

---

3.111    **Nonpriority creditor's name and mailing address**
**SEITHER & CHERRY - QUAD CITIES, INC.**
**611 E. 59th Street**
**Davenport,, Iowa 52807-0000**

Date(s) debt was incurred  **5/31/2022, 5/31/2022, 5/31/2022, 7/27/2022, 7/31/2022, 9/19/2022, 9/29/2022, 9/3**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$710,096.11**

---

3.112    **Nonpriority creditor's name and mailing address**
**Send Cut Send**
**129 Cleveland Drive**
**Paris, KY 40361**

Date(s) debt was incurred  **11/29/2022, 11/29/2022, 11/29/2022, 12/20/2022, 1/16/2023, 1/23/2023, 2/7/2023,**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,104.92**

---

3.113    **Nonpriority creditor's name and mailing address**
**Serviap Logistics LLC**
**1401 Lavaca St #41234**
**Austin, TX 78750**

Date(s) debt was incurred  **2/8/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$57,530.00**

---

3.114    **Nonpriority creditor's name and mailing address**
**Shaltz Automation**
**5190 Exchange Drive**
**Flint, MI 48507**

Date(s) debt was incurred  **11/28/2022, 1/16/2023, 2/14/2023, 2/16/2023, 2/17/2023, 2/28/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,499.20**

---

Debtor   **Oakland Automation, LLC**
_____
Name

Case number (if known) _____

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,095.25** |
|---|---|---|---|

**Sick Automation**
DEPT CH 16947
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2022, 12/5/2022, 12/12/2022, 12/12/2022, 12/13/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,575.09** |
|---|---|---|---|

**Simco**
2257 North Penn Rd
Hatfield, PA 19440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/2022, 12/14/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336,247.00** |
|---|---|---|---|

**SMT Automation**
15895 Strugeon St
Roseville, MI 48066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2022, 9/23/2022, 9/23/2022, 11/18/2022, 11/18/2022, 11/18/2022, 11/29/2022,

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,985.26** |
|---|---|---|---|

**Soluciones Integrales**
CALZADA FRANCISCO I. MADERO 1716
Mexico
Col. ZAMORA, SALTILLO COAHUILA
25160-000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2022, 11/3/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309,908.87** |
|---|---|---|---|

**Spark Talent Acquisition**
PO BOX 933026
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/11/2022, 10/12/2022, 10/18/2022, 10/19/2022, 10/25/2022, 10/26/2022, 10/30/20

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,226.49** |
|---|---|---|---|

**Speedy Metals of Fraser**
PO Box 7054
Carol Stream, IL 60197-7054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/6/2022, 12/9/2022, 12/9/2022, 12/14/2022, 12/19/2022, 1/25/2023, 1

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$895.00** |
|---|---|---|---|

**Star Cleaning Systems, LLC**
P.O. Box 1663
Jackson, MI 49204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/21/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oakland Automation, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

SUN STEEL TREATING INC.
550 N. MILL ST.
PO BOX 759
SOUTH LYON, MI 48178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,085.90**

Sunbelt Rentals
PO BOX 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred  10/19/2022, 11/11/2022,
12/9/2022, 12/20/2022, 12/28/2022,
12/31/2022, 1/31/2023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,277.20**

Telsonic Ultrasonics
14120 Industrial Center Drive
Shelby Township, MI 48315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/5/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,910.00**

Temperform LLC
25425 Trans-X Road
Novi, MI 48375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,626.78**

Tom Keda
30614 Greenland
Livonia, MI 48154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2022, 12/15/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,694.50**

Total Care Environment
P.O. BOX 15
WACO, KY 40385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2022, 12/27/2022,
12/31/2022

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,865.83**

Trade-Mark Industrial LLC
250 Royal Oak Rd
Canada
Cambridge, ON N3E 0A4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/13/2023, 1/13/2023,
1/13/2023

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oakland Automation, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | **$419.00** |

**Triton Fire Group Inc.**
**37050 Industrial Rd.**
**Livonia, MI 48150**

Date(s) debt was incurred  1/31/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | **$15,056.95** |

**Troy Laser & Fab**
**23720 Dequindre Rd**
**Warren, MI 48091**

Date(s) debt was incurred  10/31/2022, 10/31/2022,
11/15/2022, 11/29/2022, 12/13/2022,
12/14/2022, 12/21/20

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | **$41,784.00** |

**Twin City Fanand Blower Co.**
**5959 Trenton Lane N**
**Minneapolis, MN 55442**

Date(s) debt was incurred  12/2/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | **$8,780.67** |

**Uline**
**ATTN: ACCOUNTS RECEIVABLE**
**PO BOX 88741**
**Chicago, IL 60680**

Date(s) debt was incurred  11/30/2022, 12/8/2022,
12/9/2022, 12/14/2022, 12/15/2022,
12/21/2022, 1/17/2023,

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | **$26,599.50** |

**Unified Industries**
**PO Box 674338**
**Detroit, MI 48267-4338**

Date(s) debt was incurred  1/23/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | **$2,020.34** |

**Unistrut Midwest**
**1275 Hillsmith Dr**
**Cincinnati, OH 45215**

Date(s) debt was incurred  12/19/2022, 12/29/2022,
1/16/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | **$6,189.98** |

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred  12/24/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Oakland Automation, LLC**

Case number (if known) _____

Name

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,848.32** |
|---|---|---|---|

**Universal Piping Industries**
**769 Chicago Rd.**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/25/2022, 10/25/2022, 11/25/2022, 12/28/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$829.34** |
|---|---|---|---|

**USF Holland LLC**
**27052 Network place**
**Chicago, IL 60673-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/6/2023, 3/1/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,451.41** |
|---|---|---|---|

**W.C. DuComb Co.**
**5700 Mt. elliott**
**Detroit, MI 48211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/9/2022, 12/20/2022, 1/3/2023, 1/16/2023, 2/8/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,965.80** |
|---|---|---|---|

**Watlow**
**36785 Treasury Center**
**Chicago, IL 60694-6700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/20/2022, 1/4/2023, 1/5/2023, 1/5/2023, 1/10/2023, 1/10/2023, 3/9/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,670.00** |
|---|---|---|---|

**WEISS North America**
**3860 Ben Hur Ave**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/5/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**West Side Powdercoat**
**35777 Genron Ct.**
**Romulus, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,633.60** |
|---|---|---|---|

**Willey's Bay Tool & Machine Inc.**
**110 Woodside Ave**
**Essexville,, MI 48732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/15/2022, 10/14/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oakland Automation, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |

**Williams Finishing**
**13170 Merriman**
**Livonia, MI 48150**

Date(s) debt was incurred  **12/2/2022, 12/2/2022,**
**12/12/2022, 12/20/2022, 1/9/2023, 1/25/2023,**
**1/30/2023, 2/**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                    **$484.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |

**Williams Scotsman, Inc.**
**8122 Park Place**
**Brighton, MI 48116-8522**

Date(s) debt was incurred  **11/29/2022, 12/27/2022,**
**1/24/2023, 2/21/2023, 3/24/2023**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                  **$8,207.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |

**Xometry**
**7951 Cessna Avenue**
**Gaithersburg, MD 20879**

Date(s) debt was incurred  **12/9/2022**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                  **$5,941.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |

**Yaskawa America, Inc**
**P.O. Box 951384 -Motoman Robotics Divisi**
**Cleveland,, OH 44193**

Date(s) debt was incurred  **8/25/2022, 9/26/2022,**
**10/13/2022, 2/6/2023**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                **$129,908.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**Youngblood Automation**
**300 36th Street S.E.**
**Grand Rapids, MI 49548**

Date(s) debt was
incurred  **1/3/2023, 1/3/2023, 2/16/2023**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                 **$13,798.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**Yukon Machine**
**41907 Irwin**
**Harrison Twp, MI 48045**

Date(s) debt was incurred  **10/28/2022**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                  **$3,147.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**Zaber**
**#2 - 605 West Kent Ave. N.**
**Canada**
**Vancouver, BC V6P 6T7**

Date(s) debt was incurred  **11/30/2022**

Last 4 digits of account number _ _ _ _

**As of the petition filing date, the claim is:** Check all that apply.                  **$5,454.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Oakland Automation, LLC**

Case number (if known) _____

_____
Name

| 3.150 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$9,385.63** |

**Zealtek**
**29445 BECK RD.**
**STE A-102**
**WIXOM, MI 48393**

Date(s) debt was incurred  11/17/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **6,676,469.32** |
| 5c. **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ | **6,676,469.32** |

**Fill in this information to identify the case:**

Debtor name   **Oakland Automation, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Secondary Internet Service** |
| | List the contract number of any government contract | **13017 Newburgh Road** **Livonia, MI 48150** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Automated System Lease** |
| | State the term remaining | **Through December 2023** |
| | List the contract number of any government contract | **Williams International** **2000 Centerpoint Parkway** **Pontiac, MI 48341-3187** |

**Fill in this information to identify the case:**

Debtor name    **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Autotac, LLC** | **13017 Newburgh Road Livonia, MI 48150** | **Northstar Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **InterClean Equipment, LLC** | **709 James L Hart Prkway Ypsilanti, MI 48197** | **Northstar Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Oakland Industries, LLC** | **13017 Newburgh Rd. Livonia, MI 48150** | **Northstar Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Oakland Automation, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,570,503.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$21,094,469.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$12,364,242.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Oakland Automation, LLC**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Newburgh Property LLC**<br>**280 W Maple**<br>**Suite 305**<br>**Birmingham, MI 48009** | **5/2/223** | **$16,667.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.2.  **Runco Waste Industries, Inc.**<br>**PO BOX 37379**<br>**Oak Park, MI 48237** | **4/6/2023,**<br>**5/2/2023,**<br>**5/4/2023,**<br>**6/1/2023,**<br>**6/13/2023** | **$43,591.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Oakland Industries, LLC**<br>**13017 Newburgh Rd.**<br>**Livonia, MI 48150** | **3/22/2023,**<br>**4/5/2023,**<br>**6/20/2023** | **$1,078,974.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transfer for line of credit paydown** |
| 3.4.  **Northstar**<br>**2800 S State St. #110 Ann**<br>**Ann Arbor, MI 48104** | **6/7/2023** | **$1,548.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transfer for line of credit paydown** |
| 3.5.  **Northstar**<br>**2800 S State St. #110 Ann**<br>**Ann Arbor, MI 48104** | **6/27/2023** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transfer to Oakland Industries for line of credit paydown** |
| 3.6.  **Empower Retirement**<br>**PO Box 173764**<br>**Denver, CO 80217-3764** | **4/7/223,**<br>**4/21/2023** | **$10,982.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **401K payment** |
| 3.7.  **Brent Frederick**<br>**Former Employee of**<br>**Oakland Automation, LLC** | **Numerous** | **$9,392.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee Expense Reimbursment** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
    may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Oakland Automation, LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brent Frederick**<br>**Former Employee**<br>**of Oakland Automation, LLC** | **Numerous** | **$9,392.89** | **Employee Expense Reimbursment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AP Electric, Inc. v. Oakland Automation, LLC, et al.**<br>**4:23-cv-11342-SDK-EAS** | **Breach of Contract** | **United States District Court for the Eastern District of Michigan**<br>**231 W. Lafayette Blvd.**<br>**Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Carl Zeiss Industrial Metrology, LLC v. Oakland Automation, LLC**<br>**1:23-cv-05169-PAE** | **Breach of Contract** | **United States District Court for the Southern District of New York**<br>**Thurgood Marshall United States Courthou**<br>**40 Foley Square**<br>**New York, NY 10017** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **D&D Machinery Movers and Millwrights, Inc. v. Oakland Automation, LLC**<br>**23-CI-00218** | **Breach of Contract** | **Commonwealth of Kentucy Scott Circuit Court**<br>**119 N Hamilton St # 1**<br>**Georgetown, KY 40324** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Gentle Machine Tool & Die Inc. v. Oakland Automation, LLC**<br>**23-0618** | **Breach of Contract** | **Sixteenth Judicial District of Michigan**<br>**32765 Five Mile Road**<br>**Livonia, MI 48154** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Oakland Automation, LLC                                    Case number *(if known)*  _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | HMW Contracting, LLC d/b/a H.M. White v. Oakland Automation, LLC<br>23-005836-CB | Breach of Contract | Third Judicial Circuit of Michigan<br>Wayne County<br>1441 St Antoine<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Invention Evolution Composition, LLC d/b/a IEC North America v. Oakland Automation, LLC, Autotac Acquistion, LLC, and Oakland Industries Blocker Corp. | Breach of Contract | Third Judicial Circuit of Michigan<br>Wayne County<br>1441 St Antoine<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | SMTAutomation LLC v. Oakland Automation, LLC<br>23-004946-CB | Breach of Contract | Third Judicial Circuit of Michigan<br>Wayne County<br>1441 St Antoine<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Troy Laser & Fab LLC v. Oakland Automation, LLC<br>23-0689 | Breach of Contract | Sixteenth Judical District of Michigan<br>32765 Five Mile Road<br>Livonia, MI 48154 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Universal Piping Industries, LLC c/o Stark Reagan v. Oakland Automation, LLC<br>2023-199735-CB | Breach of Contract | Sixth Judicial Circuit of Michigan<br>Oakland County<br>1200 N Telegraph Rd<br>Dept 457<br>Pontiac, MI 48341 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Seither & Cherry Quad Cities, Inc. v. Oakland Automation, LLC & Oakland Industries Blocker Corp.<br>2:23-cv-11310-FKB-CI | Breach of Contract | United States District Court for the Eastern District of Michigan<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Oakland Automation, LLC**                                 Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Morris James LLP**<br>**500 Delaware Ave**<br>**Suite 1500**<br>**Wilmington, DE 19801** | | **2/17/2023,**<br>**6/16/2023** | **$45,000.00** |
| | **Email or website address**<br>**www.morrisjames.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Oakland Industries, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **25475 Trans X Road**<br>**Novi, MI 48375** | **2/1/2016-2019** |

**Part 8:    Health Care Bankruptcies**

---

Debtor    **Oakland Automation, LLC** _____    Case number *(if known)* _____

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

<table><tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr></table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

      ☑ No Go to Part 10.
      ☐ Yes. Fill in below:

<table><tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr></table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

<table><tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr></table>

Debtor    **Oakland Automation, LLC**                                Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Debtor   **Oakland Automation, LLC**                         Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Tracy Clark**<br>**Former Empolyee**<br>**of Oakland Automation, LLC** | **8/1/2016  to**<br>**4/22/2023** |
| 26a.2.   **Kris Morris**<br>**Former Empolyee**<br>**of Oakland Automation, LLC** | **7/12/2017 to**<br>**12/29/2022** |
| 26a.3.   **Clayton & McKervey**<br>**2000 Town Center #1800**<br>**Southfield, MI 48075** | **to present** |
| 26a.4.   **Greg Harvey**<br>**Chief Executive Officer**<br>**of Oakland Automation, LLC** | **12/29/2022 to**<br>**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bryan Tolles** | **ADDRESS REDACTED** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Runco** | **ADDRESS REDACTED** | **Vice President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Oakland Automation, LLC**    Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Kris Morris** | | **Chief Financial Officer** | **to 12/29/2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Joe Conroy**<br>**ADDRESS REDACTED**<br><br>**Relationship to debtor**<br>**Shareholder** | **$11,446.80** | **Aggregate total of monthly payments for 1 year** | **Benefits** |
| 30.2. | **Greg Harvey**<br>**ADDRESS REDACTED**<br><br>**Relationship to debtor**<br>**CEO and Shareholder** | **$201,346.69** | **Aggregate total of monthly payments for 1 year** | **Gross Pay** |
| 30.3. | **Greg Harvey**<br>**ADDRESS REDACTED**<br><br>**Relationship to debtor**<br>**CEO and Shareholder** | **$8,025.96** | **Aggregate total of monthly payments for 1 year** | **Benefits** |
| 30.4. | **Greg Harvey**<br>**ADDRESS REDACTED**<br><br>**Relationship to debtor**<br>**CEO and Shareholder** | **$8,054.02** | **Aggregate total of monthly payments for 1 year** | **401(k) company match** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

Debtor    **Oakland Automation, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Oakland Industries, LLC** | **EIN:    81-4560860** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July  6, 2023__

**/s/ Greg Harvey**                                    **Greg Harvey**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OAKLAND AUTOMATION, LLC, | Case No. 23- |
| Debtor.[1] | |
| AUTOTAC, LLC, | Case No. 23- |
| Debtor.[2] | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMERS AND SPECIFIC**
**DISCLOSURES REGARDING DEBTORS' SCHEDULES OF ASSETS**
<u>**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**</u>

### <u>Introduction</u>

The above-captioned debtors and debtors-in-possession (collectively the, "<u>Debtors</u>") hereby submit their *Schedules of Assets and Liabilities* (the "<u>Schedules</u>") and *Statement of Financial Affairs* (the "<u>Statements</u>" and, together with the Schedules, the "<u>Schedules and Statements</u>") pursuant to section 52l of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and constitute an integral part of, each of the Debtors' Schedules and Statements. Any party reviewing the Schedules and Statements should refer to, consider and consult the Global Notes in connection with such review.

These Global Notes consist of: (I) general comments regarding the Schedules and Statements; (II) specific disclosures applicable to the Debtors' Schedules; and (III) specific disclosures applicable to the Debtors' Statements.

On July 6, 2023 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Oakland Automation, LLC (4782). The Debtor's mailing address is 13017 Newburgh Road, Livonia, MI 48150.

[2] The Debtor and the last four digits of its federal taxpayer identification number are: Autotac LLC (1353). The Debtor's mailing address is 13017 Newburgh Road, Livonia, MI 48150.

The Schedules and Statements were prepared by the remaining employee of Oakland Automation, LLC and Autotac, LLC, Greg Harvey, Chief Executive Officer, and they are unaudited. Mr. Harvey, who is responsible for the preparation of the Schedules and Statements has made a reasonable effort based upon information known to them at the time to ensure that the Schedules and Statements are accurate and complete after reasonable inquiry.  The Debtors expressly reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate and they will do so as information becomes available.

<u>**General Comments Regarding the Schedules and Statements**</u>

**1.     Global Notes Control.** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**2.     Reservation of Rights.** The Debtors, through Mr. Harvey has made reasonable efforts to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions in the Schedules and Statements may exist. The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description or designation of any claim against any Debtor (including, without limitation, reserving the right to: (a) alter the description or designation of any claim; (b) dispute or otherwise assert a right of setoff or other defenses to any claim, including, without limitation, any defenses relating to amount, liability, priority, status or classification; (c) subsequently designate any claim as "disputed," "contingent," or "unliquidated"; and/or (d) object to the extent, validity, enforceability, priority or avoidability of any claim). The absence of a "disputed," "contingent," or "unliquidated" designation with respect to any claim or amount in the Schedules and Statements does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated."

**3.     Basis of Presentation.** Except as otherwise noted herein or in the Schedules and Statements, the Schedules and Statements are intended to reflect the separate assets and liabilities for each of the Debtor.

**4.     Valuation of Assets.**  Many of these assets of the Debtors, as set forth in the Schedules and Statements, are premised upon valuations that on a cost basis, which is the Debtors' best estimate of the going concern value of those entities is unknown at this time.  Except as otherwise noted, the Debtors have not formally evaluated the valuation of the assets or updated the assets contained therein or updated such valuation as of the Petition Date, and are presented as they are listed and appear in the Debtors' ledgers.

**5.     Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  In addition, even where not marked as contingent, unliquidated or disputed, totals may represent the sum of all unpaid invoices issued by any creditor, as reflected in the applicable Debtors' books and records, without reference to any credits, allowances, defenses or counterclaims that may exist with respect to such invoices. The Debtors reserve all of their rights with respect to any such defenses or counterclaims, including, without limitation, the right to amend the Schedules and Statements as necessary or appropriate.

16193394/2

**6.      Claims and Liabilities.**  With respect to the claims of creditors and transfers by the Debtors on account of such claims as set forth in the Schedules and Statements, certain claims may be against one of the Debtors but the claimants' invoices should have been issued to the other Debtor.  The Schedules and Statements reflect the Debtors' best efforts to identify the claims and liabilities of each Debtor and payments by each Debtor on account of such claims and liabilities.

# United States Bankruptcy Court
## District of Delaware

In re   **Oakland Automation, LLC**                                                     Case No.

                                          Debtor(s)                    Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oakland Automation, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Oakland Industries, LLC**
**13017 Newburgh Rd.**
**Livonia, MI 48150**

☐ None [*Check if applicable*]

**July  6, 2023**
Date

**/s/ Jeffrey R. Waxman**
**Jeffrey R. Waxman**
Signature of Attorney or Litigant
Counsel for   **Oakland Automation, LLC**
**Morris James LLP**
**500 Delaware Avenue**
**Suite 1500**
**Wilmington, DE 19801**
**302-888-6800 Fax:302-571-1750**
**jwaxman@morrisjames.com**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF MEMBERS OF OAKLAND AUTOMATION, LLC

July 1, 2023

The undersigned, constituting the sole member of the Board of Members (the "Board") of Oakland Automation, LLC, a Delaware limited liability company (the "Company"), does hereby waive all notice of a meeting of the Board and approve and adopt the following resolutions as of the date first written above by unanimous written consent in lieu of a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act.

**WHEREAS**, the Board has reviewed and analyzed materials and advice presented by the management and the outside financial and legal advisors of the Company regarding the financial condition, capital structure, liquidity position, business model and projections, short term and long term prospects of the Company and the restructuring and other strategic alternatives available to it, and the impact of the foregoing on the business of the Company; and

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Company and its creditors, employees and other parties in interest, that the Company file or cause to be filed a voluntary petition (the "Chapter 7 Case") seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**NOW THEREFORE BE IT RESOLVED**, that filing of the Chapter 7 Case by the Company, and the seeking of relief by the Company under chapter 7 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respects; and it is further

**RESOLVED**, that Greg Harvey (the "Authorized Person") is authorized is authorized and empowered to execute and verify a bankruptcy petition, schedules and statements of financial affairs and take such other actions on behalf of the Company, in such forms as he shall approve, and such execution shall be to be conclusive evidence of the approval thereof, and the Authorized Person shall be authorized to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine; and it is further

**FURTHER RESOLVED**, that the Company is authorized to retain and hereby ratifies the retention and employment of Morris James LLP as counsel for the purpose and all matters incidental thereto and that said counsel shall be compensated in accordance with their prevailing rates.

**FURTHER RESOLVED**, that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation of the foregoing, all actions heretofore taken for or on behalf of the Company by any Authorized Person in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF,** the undersigned Members hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed with the Company's minutes and official records.

**MEMBER**

_____
Bryan Tolles, President of Oakland Industries, LLC

Error! Unknown document property name.