# United States Bankruptcy Court
## District of Delaware

In re    **Oakland Automation, LLC**                                          Case No.    **23-10905**

                                                    Debtor(s)         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 6, 2023**                                          **/s/ Greg Harvey**

                                                    **Greg Harvey/Chief Executive Officer**
                                                    Signer/Title

123 NET
24700 Northwester Hwy.
Suite 700
Southfield, MI 48075

A PLUS VENDING
23214 Beverly Rd
Taylor, MI 48180

A.V.M.T. LLC
2217 Edwin St.
Hamtramck,, MI 48212

A2L Systems Automation
Rua: Vicente Ferrer
521 VI. Nsa. Da Candelaria
Indaiatuba/SP - Brazil

Airgas USA, LLC
30441 Plymouth Rd
Livonia, MI 48150

AirTech Controls Company
30571 Beck Rd
Wixom, MI 48393

Alro Steel
34401 Schoolcraft
Livonia, MI 48150

Alro Steel Jackson
3100 E. Hight St.
Jackson, MI 49203

Alterman, Inc., a Texas Corp
14703 Jones Maltsberger
San Antonio, TX 78247

American Venture Industrial CO.
131 Dewey Drive
Nicholasville, KY 40356

AMJ Staffing Inc
33200 Schoolcraft Road
Ste. 108
Livonia, MI 48150

Amteck
1387 E. New Circle
Suite 150
Lexington, KY 40505

AP Electric, Inc.
4820 Poplar Pl Dr UNIT 100
Louisville, KY 40213

ASE Industries
23850 Pinewood
Warren, MI 48091

Automation Direct.com INC
PO BOX 402417
Atlanta, GA 30384-2417

Automation Guarding Systems
6624 Burroughs Avenue
Sterling Heights, MI 48314

Autotac, LLC
13017 Newburgh Road
Livonia, MI 48150

Bay Tool Inc.
110 Woodside Ave.
PO Box 78
Essexville, MI 48732

Beyond Components
5 Carl Thompson Road
Westford, MA 01886

Brady Corporation
6555 W. Good Hope Rd
Milwaukee, WI 53223

Brinkmann Pumps, Inc.
47060 Cartier Drive
Wixom, MI 48393

Carbon Tool & Manufacturing, Inc
12735 Inkster Rd.
Livonia, MI 48150-2216

City Electric Supply Company
37107 Schoolcraft
Livonia, MI 48150

Complex Machining and Fabrication, Inc.
PO Box 758
Georgetown, KY 40324

CT Corporation
PO BOX 4349
Carol Stream, IL 60197

CULLIGAN OF ANN ARBOR/DETROIT
PO BOX 2932
Wichita, KS 67201

D&D Machinery Movers
PO BOX 12168
Lexington, KY 40581

D&S Express
PO BOX 51
Wakefield, RI 02880

Digi-Key Electronics
701 Brooks Ave South
Thief River Falls, MN 56701

DPR Manufacturing & Services, Inc.
23675 Mound Rd
Warren, MI 48091

E&E Special Products
PO Box 808
Warren, MI 48090

Electrical Systems, Inc.
535 Brannon Rd.
Nicholasville, KY 40356

Electro-Matic Ventures
PO Box 7410635
Chicago, IL 60674-0635

Evansville Sheet Metal Works
1901 West Maryland St
Evansville, IN 47712

Exotic Automation & Supply
53500 Grand River Ave
New Hudson, MI 48165

Fanuc America Corporation
Department 77-7986
Chicago, IL 60678

Fastenal
50160 Pontiac Trail #3
Wixom, MI 48393

FED EX FREIGHT
PO BOX 223124
PITTSBURGH, PA 15251-2125

Fire Systems of Michigan
2710 Northridge Dr NW, Suite F
Grand Rapids, MI 49544

Flodrualic Group, Inc.
375 Manufacturers Drive
Westland, MI 48186-4038

Flotronics
2704 Paldan Dr.
Auburn Hills, MI 48326

Fluid Transfer Systems Inc
22545 Heslip Dr.
Novi, MI 48375

FPZ Inc
150 N Progress Drive
Saukville, WI 53080

Frank Services
PO Box 974
Tecate, CA 91980

Galco Industrial Electronics
L-4061
Columbus, OH 43260-4061

Galloup
PO BOX 671121
Detroit, MI 48267-1121

Geisler Co.
30295 SCHOOLCRAFT ROAD
Linonia, MI 48150

Gentle Machine Tool and Die
13600 Martinsville Rd
Belleville, MI 48111

Giffin Industries, S. DE C. V.
LIBRAMIENTO SUR 241
Mexico
cumbres de san luis, SAN LUIS POTOSI, SL

GlobalTranz Enterprises, Inc
PO BOX 203285
Dallas, TX 75320

GR Metrology
4215 Stafford Ave SW
Grand Rapids, MI 49548

Grainger
Dept 886473660
Palatine, IL 60038-0001

GREAT LAKES AUTOMATION SUPPLY
PO BOX 671121
Detroit, MI 48267-1121

HEDSON TECHNOLOGIES NORTH AMERICA
466 Speers Rd. 3rd Floor.
Canada
Oakville, ON L6K 3W9

Heraeus Noblelight America LLC
1520 Broadmoor Blvd. Suite C
Buford, GA 30518

Herc Rentals
P.O. Box 936257
Suite 100
Atlanta, GA 31193

HH Barnum
7915 Locklin Drive
Brighton, MI 48116

Hilltop Machine Shop,LLC.
4958 East 1200 South
Haubstadt, IN 47639

HM White
12855 Burt Rd
Detroit, MI 48223

Hydra-Flex
P.O. Box 77000
Dept. 771491
Detroit, MI 48277-1491

IEC North America
144 National Park Dr
Fowlerville, MI 48836

IFM Efector
1100 Atwater Drive
Malvern, PA 19355

Industrial Fabricating Systems, Inc.
4965 Technical Dr.
Milford, MI 48381

Intact Engineering Services
3613 Sunset Ridge Ct.
Floyd Knobs, IN 47119

Integrated Talent Strategies
7060 Spring Meadows Drive West Suite D
Holland, OH 43528

InterClean Equipment, LLC
709 James L Hart Prkway
Ypsilanti, MI 48197

International Engineering & Techologies
32031 Howard Avenue
Madison Heights, MI 48071

ISMG Machinery & Tooling
16835 Algonquin St #420
Huntington Beach, CA 92649

Itacen Intangibles
HIERBABUENA #32
INT. APPLE 610 COL
Mexico
EL ROMERILLAL, QUERETARO 76118

JK Industries, LLC
26020 Sherwood Ave.
Warren, MI 48091

JMP Solutions
4026 Meadowbrook Drive
Unit 143
Canada
London, ON N6L 1C9

JTEKT Toyoda Americas. Group
316 W University Dr
Arlington Heights, IL 60004

Kawasaki Robotics Inc.
Dept. 771009
P.O. Box 77000
Detroit, MI 48277-1009

Keyence Corporation of America
Dept CH 17128
palatine, IL 60055-7128

Klassen Custom Fab. Inc.
5140 Ure St
Canada
Oldcastle, ON NOR 1L0

Kohto Kogyo SA DE CV
RFC: KKO980717S17
Av De Los Mayas No. 2135 No. Int 1, La L
Mexico
Tijuana Baja California, Mexico 22517

KUKA Robotics Corporation
6600 Center Drive
Sterling Heights, MI 48312-2666

Kyntronics
6565 Davis Industrial Pkwy,
Solon, OH 44139

Lee Machinery Movers
675 Cesar E Chavez Ave
Pontiac, MI 48340

LEWCO, Inc.
706 Lane Street
Sandusky, OH 44870

LIQUID AUTOMATION, INC
5160 STATE RD
GOODRICH, MI 48438

Macomb Group, INC
32567 Schoolcraft RD
Livonia, MI 48150

Madison Electric - WHQ
17930 East 14 Mile Rd.
Fraser, MI 48026

Marshall E. Campbell Company
2975 Lapeer Road
Port Huron, MI 48060

McMaster-Carr
PO BOX 7690
Chicago, IL 60680-7690

McNaughton-McKay
Dept # 14801
PO BOX 67000
Detroit, MI 48267-0148

Mechatronics Group S.A. de C.V.
Carretera Silao-Romita km 3.2
Lucero de Ramales
MGR 020815 6R0
Silao,, Guanajuato, Mexico CP 36283

Metro Bolt & Fastener Corporation
19339 Glenmore St
Redford Charter Twp, MI 48240

Midwest Industrial Rubber, Inc.
PO Box 772866
Detroit, MI 48277-2866

Midwest Roofing-Sheet Metal
1208 N Harlan Ave
Evansville, IN 47711

Millenium Mold & Tool
35225 Automation Dr
Clinton TWP, MI 48035

Mills Robotic Services, LLC
670 Reed Rd
Springboro, OH 45066

Motion Industries
PO BOX 98412
CHICAGO, IL 60693-8412

Motor City Industrial - Dept 85
PO BOX 4985
Houston, TX 77210-4985

New Horizons
New Horizons CLC
PO BOX 654156
Dallas, TX 75265-4156

Newark Element
300 S Riverside Plaza
Suite 2200
Chicago, IL 60606

Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586

Northstar Bank
2800 S State St. #110 Ann
Ann Arbor, MI 48104

Oakland Industries, LLC
13017 Newburgh Rd.
Livonia, MI 48150

Parton & Preble, Inc.
23507 Groesbeck Hwy
Warren, MI 48089

Plymouth Rubber & Transmission
9271 General Drive
PO BOX 6086
Plymouth, MI 57180

Premier Business Products
L-3592
Columbus, OH 43260-3592

Preston Eastin
9490 North Ridgeway Street
Tulsa, OK 74131

PYME DE MEXICO S.A. DE C.V.
CALLE NORTE MANZANA XVII
LOTE 124-B PARQUE INDUSTRIAL
Tepeji del Rio de Ocampo, Hgo

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777

RADWELL INTERNATIONAL
PO BOX 419343
BOSTON, MA 02241-9343

RICHCOAT LLC
40573 BRENTWOOD DRIVE
STERLING HEIGHTS, MI 48310

Romeo Technologies
101 McLean
Bruce Township, MI 48065

RS Americas, Inc
Dallas Lockbox - PO Box 841811
Dallas, TX 75284-1811

S K I Design, Inc
8300 Hall Rd
Suite 102
Utica, MI 48317

SAFEPORT AUDITS
6310 Sevilla Way
San Antonio, TX 78230

SAFETY RESOURCES & MECHANICAL CONSULTING
1015 FELSTEAD RD.
EVANSVILLE, IN 47712

Saginaw Controls & Engineering
Attn: Accounts Receivable
11122 Sunshine Drive
Saginaw, MI 48609

Sames Kremlin Inc.
45001 5 Mile Road
Plymouth, MI 48170

Secondary Internet Service
13017 Newburgh Road
Livonia, MI 48150

SEITHER & CHERRY - QUAD CITIES, INC.
611 E. 59th Street
Davenport, Iowa 52807-0000

Send Cut Send
129 Cleveland Drive
Paris, KY 40361

Serviap Logistics LLC
1401 Lavaca St #41234
Austin, TX 78750

Shaltz Automation
5190 Exchange Drive
Flint, MI 48507

Sick Automation
DEPT CH 16947
Palatine, IL 60055

Simco
2257 North Penn Rd
Hatfield, PA 19440

SMT Automation
15895 Strugeon St
Roseville, MI 48066

Soluciones Integrales
CALZADA FRANCISCO I. MADERO 1716
Mexico
Col. ZAMORA, SALTILLO COAHUILA 25160

Spark Talent Acquisition
PO BOX 933026
Cleveland, OH 44193

Speedy Metals of Fraser
PO Box 7054
Carol Stream, IL 60197-7054

Star Cleaning Systems, LLC
P.O. Box 1663
Jackson, MI 49204

SUN STEEL TREATING INC.
550 N. MILL ST.
PO BOX 759
SOUTH LYON, MI 48178

Sunbelt Rentals
PO BOX 409211
Atlanta, GA 30384-9211

Telsonic Ultrasonics
14120 Industrial Center Drive
Shelby Township, MI 48315

Temperform LLC
25425 Trans-X Road
Novi, MI 48375

Tom Keda
30614 Greenland
Livonia, MI 48154

Total Care Environment
P.O. BOX 15
WACO, KY 40385

Trade-Mark Industrial LLC
250 Royal Oak Rd
Canada
Cambridge, ON N3E 0A4

Triton Fire Group Inc.
37050 Industrial Rd.
Livonia, MI 48150

Troy Laser & Fab
23720 Dequindre Rd
Warren, MI 48091

Twin City Fanand Blower Co.
5959 Trenton Lane N
Minneapolis, MN 55442

Uline
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
Chicago, IL 60680

Unified Industries
PO Box 674338
Detroit, MI 48267-4338

Unistrut Midwest
1275 Hillsmith Dr
Cincinnati, OH 45215

United Rentals
PO Box 100711
Atlanta, GA 30384-0711

Universal Piping Industries
769 Chicago Rd.
Troy, MI 48083

USF Holland LLC
27052 Network place
Chicago, IL 60673-1270

W.C. DuComb Co.
5700 Mt. elliott
Detroit, MI 48211

Watlow
36785 Treasury Center
Chicago, IL 60694-6700

WEISS North America
3860 Ben Hur Ave
Willoughby, OH 44094

West Side Powdercoat
35777 Genron Ct.
Romulus, MI 48174

Willey's Bay Tool & Machine Inc.
110 Woodside Ave
Essexville,, MI 48732

Williams Finishing
13170 Merriman
Livonia, MI 48150

Williams International
2000 Centerpoint Parkway
Pontiac, MI 48341-3187

Williams Scotsman, Inc.
8122 Park Place
Brighton, MI 48116-8522

Xometry
7951 Cessna Avenue
Gaithersburg, MD 20879

Yaskawa America, Inc
P.O. Box 951384 -Motoman Robotics Divisi
Cleveland,, OH 44193

Youngblood Automation
300 36th Street S.E.
Grand Rapids, MI 49548

Yukon Machine
41907 Irwin
Harrison Twp, MI 48045

Zaber
#2 - 605 West Kent Ave. N.
Canada
Vancouver, BC V6P 6T7

Zealtek
29445 BECK RD.
STE A-102
WIXOM, MI 48393